UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**
*Plaintiff*

      v.                                **CRIMINAL NO.** 08-398(ADC)

**ORSINI-MARTINEZ ET AL**
*Defendants*

**MOTION TO WITHDRAW**

**TO THE HONORABLE COURT:**

    **COMES NOW**, the United States of America, by and through its undersigned attorneys and respectfully states and prays that Assistant United States Attorney Timothy Henwood is not assigned to the above-mentioned case.

    **WHEREFORE,** the United States of America respectfully requests that this Honorable Court take notice of the foregoing and grant the withdrawal of AUSA Timothy Henwood in the instant case.

    **RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 18th day of August, 2025.

                                                  W. Stephen Muldrow
                                                  United States Attorney

                                                  *s / Timothy R. Henwood*
                                                  Timothy R. Henwood – USDC 218608
                                                  Assistant U.S. Attorney
                                                  Chief, Criminal Division
                                                  Torre Chardon, Suite 1201
                                                  350 Carlos Chardon Ave.
                                                  San Juan, P.R. 00918
                                                  Phone: (787)766-5656
                                                  e-mail: timothy.henwood@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to defense counsel.

In San Juan, Puerto Rico, this 18th day of August, 2025.

*s / Timothy R. Henwood*
Timothy R. Henwood
Assistant U.S. Attorney
Chief, Criminal Division